LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, CA 94111
415-391-2100

Frank P. Sprouls
Attorney for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ISMAEL ALFARO-ALFARO**<br>Petitioner<br>   v.<br>**ERIC HOLDER**, Attorney General of the United States and DAVID STILL, San Francisco Office, U.S. Citizenship and Immigration Services<br>Respondents | No. C 09-2701 CRB<br>**CASE MANAGEMENT CONFERENCE**<br>October 2, 2009 at 8:30 AM |

**STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE ONE WEEK DUE TO PETITIONER'S CALENDARING CONFLICT**

　　The parties above stipulate to the rescheduling of the Petitioner's case management conference one week to October 9, 2009, due to a calendaring conflict of Petitioner's counsel.

Dated: September 29, 2009                    Dated:  September 29, 2009

_____/s/_____                         _____/s/_____
**Frank P. Sprouls**                                        **Edward Olsen**
**Attorney for Petitioner**                             **Assistant U.S. Attorney**

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1