IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISMAEL ALFARO,

    Plaintiff,

  v.

ERIC HOLDER,

    Defendant.
                                /

No. CV 09-02701 CRB

**ORDER OF REFERENCE AND VACATING HEARING DATE**

Pursuant to Civil Local Rule 3-12(c), the above-captioned case is referred to District Court Judge Marilyn H. Patel sua sponte for the purpose of determining whether it is related to Northern District Case No. 08-2171 MHP.  The hearing currently on calendar for December 18, 2009 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: December 11, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2701\order of reference.wpd