UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL ALFARO,

        Petitioner,

vs.

ERIC HOLDER, Attorney General of the United States, et al.,

        Respondents.

        No. 09-2701 MHP

**ORDER HOLDING ACTION IN ABEYANCE**

    Petitioner has filed a motion to hold this action in abeyance pending a decision by the Immigration Judge in petitioner's matter in that forum. Respondent has filed a statement of non-opposition. Therefore, this action is held in abeyance and the parties shall notify the court within ten (10) days of any action that warrants the reopening of this action. The Clerk of Court shall administratively close the file subject to reopening upon request by the parties. The request need not be in the form of a formal motion; a letter will suffice.

    IT IS SO ORDERED.

Date: July 8, 2010

MARILYN HALL PATEL
United States District Court Judge